121 A.3d 862

IN THE MATTER OF ANTHONY CARRACINO, AN ATTORNEY AT LAW (ATTORNEY NO. 018721982).

September 18, 2015.

## ORDER

This matter having been duly presented, it is ORDERED that **ANTHONY CARRACINO** of **WARREN,** who was admitted to the bar of this State in 1982, and who was suspended from the practice of law for a period of six months effective January 4, 1999, by Order of this Court filed December 9, 1998, be restored to the practice of law, effective immediately.